UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Miguel Angel Gonzalez

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-MAG-8016

Defendant __Miguel Angel Gonzalez__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

X     Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer

_Miguel Gonzalez/slc_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Miguel Angel Gonzalez_
Print Defendant's Name

_Lance A. Clarke_
Defendant's Counsel's Signature

Lance A. Clarke
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_7/30/2020_
Date

_/s/ Sarah L. Cave_
Sarah L. Cave
U.S. Magistrate Judge