UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -against-

Miguel Angel Gonzalez

                                Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**20-MAG-8016**

Defendant _____Miguel Angel Gonzalez_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

X     Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Miguel Angel Gonzalez_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Lance A. Clarke
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_7/30/2020_____
Date

_____
Sarah L. Cave
U.S. Magistrate Judge